UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL EDWARD JOHNSON,

Plaintiff,

v.

SHERYL RAMSTAD HVASS, et al.,

Defendants.

CIVIL NO. 01-239 (DWF/JMM)

ORDER

Plaintiff, a prisoner at the Minnesota Correctional Facility in Oak Park Heights, Minnesota filed a Complaint seeking relief under 42 U.S.C. § 1983 for alleged violations of his federal constitutional rights. In a letter to this Court dated February 25, 2001, Plaintiff seeks to withdraw the Complaint in the above captioned matter.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED as follows: Plaintiff's letter dated February 25, 2001 is properly construed as a Notice of Voluntary Dismissal by Plaintiff under Rule 41(a)(1) of the Federal Rules of Civil Procedure. It shall be filed by the Clerk of Court and, pursuant to the provisions of said Rule, the Complaint shall be, and hereby is, dismissed without prejudice. No costs or fees shall be required to be paid by Plaintiff.

Dated: February 28, 2001

JOHN M. MASON
United States Magistrate Judge

FEB 28 2001